NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E. HAFFNER FOURNIER, JOANNE D. FOURNIER, JOAN HEARLEY (INDIVIDUALLY AND AS TRUSTEE OF THE HEARLEY FAMILY TRUST), KEVIN P. REGAN, SHARON M. REGAN, ROBERT L. SPERLING, DARLENE J. SPERLING, JEFFREY STRUIKSMA AND CYNTHIA STRUIKSMA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5056

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-933, Judge Thomas C. Wheeler.

---------------------------------------------------

---

**ROBERT G. MARTIN AND BERNICE V. MARTIN,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5057

Appeal from the United States Court of Federal Claims in case no. 03-CV-2272, Judge Edward J. Damich.

---

IRA H. BARRY, JANE E. BARRY, WADE E. BOGGS, DEBORAH A. BOGGS, THOMAS V. CHOREY, JR., BETTYE JEANNE CHOREY, DONALD HOLLY, ROSEANNE HOLLY, CHARLES H. JOHNSON, KAY A. JOHNSON, EDWARD J. MATONICH, JUDITH R. MATONICH, LAWRENCE R. SPIETH, ANNE T. SPIETH, THOMAS STAUFFACHER, LINDA STAUFFACHER, RICHARD L. WAKENIGHT AND PATRICIA R. WAKENIGHT,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

2012-5071

Appeal from the United States Court of Federal Claims in case no. 03-CV-200, Senior Judge Eric G. Bruggink.

ON MOTION

ORDER

The appellants move without opposition to consolidate appeal nos. 2012-5056, 2012-5057, and 2012-5071, and for an extension of time, until May 14, 2012, to file their consolidated opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

APR 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas E. Redding, Esq.
     Steven K. Uejio, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2012

JAN HORBALY
CLERK